1 **MURRAY LAW GROUP, LLC.**
2 REBECCAH A. MURRAY, ESQ.
  Nevada State Bar No. 10693
3 931 South Third Street
  Las Vegas, Nevada  89101
4 (702) 410-8010/ Fax (702) 410-8012
  ram@rebeccahmurray.com
5 Attorney for Debtor Charles Kopf

6

7                    **UNITED STATES BANKRUPTCY COURT**
8                          **DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 11-14986-mkn |
| | Chapter 7 |
| Charles Kopf, | Hearing Date: May 25, 2011 |
| Debtor, | Hearing Time: 1:30 p.m. |
| | Location:  Foley Federal Building |
| | Courtroom No. 2 |

### Opposition to Motion for Relief From Automatic Stay

The Debtor in this case opposes U.S. Bank's motion to lift stay on the grounds of standing.  This is U.S. Bank's motion, and it has the burden of proof to bring evidence that it is a party to this bankruptcy case.  In the Debtor's filing, U.S. Bank is not listed as a known creditor.  In U.S. Bank's motion, they allege that they are the secured creditor, but then provide documents that suggest otherwise.  The Note provided names Five Start Mortgage as the lender and party that has a right to receive payments.  The Note is not endorsed over to anyone.  The Deed of Trust names MERS and Five Star Mortgage in a way that is a logically inconsistent impossibility, but U.S. bank is not mentioned.  There is no evidence offered in the motion that

1

1  U.S. Bank is the Debtor's creditor.  Perhaps the Counsel for U.S. Bank can provide a complete
2  chain of title to validate the allegation that U.S. Bank is a creditor secured in an interest in the
3  Debtor's residence.  As it stands, there is no evidence that U.S. Bank is anything other than a
4
5  stranger to this bankruptcy case.
6
7         DATED this 10th day of May, 2011.
8
9
10                                         **MURRAY LAW GROUP, LLC.**
11                                         /s/ Rebeccah A. Murray
12                                         _____
13                                         Rebeccah A. Murray, Esq.
                                           Nevada Bar No. 10693
14                                         931 S. Third Street
                                           Las Vegas, Nevada 89101
15                                         Attorney for Debtor
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of May, 2011, I faxed and deposited a true and correct copy of the foregoing **MOTION FOR RULE 9011 SANCTIONS**, U.S. Mail, postage fully pre-paid, addressed to the following:

TIFFANY & BOSCO, P.A.
Gregory L. Wilde, Esq.
212 S. Jones Boulevard
Las Vegas, Nevada 89107
Fax: (702) 258-8787

/s/ Rebeccah A. Murray
_____
Rebeccah A. Murray